# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lavern Junior Jacobs ,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                           3:08-cv-99
                                            3:04-cr-277-1

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2010 Order.

                                          Signed: December 6, 2010

                                          Frank G. Johns, Clerk
                                          United States District Court